UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LEONARD JACOB BOYD,

        Plaintiff,        3:12-cv-01010-CL

    v.                         ORDER

NURSE PRACTITIONER MILLER,
et al.,

        Respondents.

AIKEN, District Judge.

By Order (#46) entered February 20, 2013, plaintiff's Motion for Stay of Proceedings (#44) was allowed. On April 29, 2013, plaintiff filed a Motion for Restraining Order (#50).

Plaintiff motion for temporary restraining order was filed in violation of the stay and is denied on that basis.

In addition, plaintiff has failed to establish any valid basis for the court to order plaintiff's release from Disciplinary Segregation or order the medical accommodations plaintiff seeks.

1 - ORDER

The record reflects that plaintiff is represented by counsel in his pending criminal appeal before the Oregon Supreme Court. Therefore, although his access to the law library may be limited by his confinement in segregation, he has failed to establish any probability of irreparable harm resulting from such limited access to the law library.

Plaintiff also seeks to have the court impose a medical restriction directing that plaintiff be allowed "extended handcuffs" rather than standard handcuffs while being escorted outside of Disciplinary Segregation.

However, the record reflects (and plaintiff concedes) that a medical determination has already been made that extended handcuffs are not medically necessary.

Plaintiff has failed to establish a probability of success on the merits of his claims or that he is likely to suffer irreparable harm if preliminary equitable relief is not granted. See, Winter v. NRDC, 555 U.S. 7 (2008).

Plaintiff's Motion for Temporary Restraining Order (#50) is denied.

DATED this 3RD day of June, 2013.

_____
Ann Aiken
United State District Judge

2 - ORDER