UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LEONARD JACOB BOYD,

        Plaintiff,                  3:12-cv-01010-CL

        v.                            ORDER

NURSE PRACTITIONER
MILLER, et al.,

        Defendants.

CLARKE, Magistrate.

    Plaintiff's "Motion to lift stay and reconsider all motions pending" (#70) is allowed to the extent that the stay of proceedings is hereby lifted and denied in all other respects.

    Plaintiff's "Motion for Declaratory Judgment" (#71) is construed as a motion for summary judgment and is denied.

    Plaintiff's "Motion in limine" (#75) is denied as premature.

    Plaintiff's "Motion for leave to present supplemental complaint" (#74) is construed as a motion to file an amended

1 - ORDER

complaint and is allowed. The "supplemental complaint " (#74) submitted by plaintiff is the operative pleading before the court.

The Clerk is directed to send counsel for defendants a new waiver of service request as to the additional defendants and to enter a revised scheduling order setting deadlines for the completion of discovery and dispositive motions deadlines.

DATED this 2 day of ~~September~~ October, 2013.

Mark D. Clarke
United State Magistrate Judge

2 - ORDER