IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LEONARD JACOB BOYD**,

        Plaintiff,

    v.

**NURSE PRACTITIONER MILLER,**
**et al.**,

        Defendants.

No. 3:12-cv-01010-CL

OPINION AND ORDER

**MOSMAN, J.**,

On December 15, 2016, Magistrate Judge Mark D. Clarke issued his Findings and Recommendation ("F&R") [225], recommending that I GRANT Defendants' Motion for Summary Judgment [196]. Plaintiff failed to object.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

1 – OPINION AND ORDER

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon careful review, I agree with Judge Clarke's recommendations and I ADOPT the F&R [225] as my own opinion. Plaintiff's claims are DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this  6th  day of January, 2017.

/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
Chief United States District Judge